UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 2:18-CV-14409-DMM

DAVID BYRON and PAUL HORNER,

proposed class representatives and individually,

    Plaintiffs,

vs.

AMCREST INDUSTRIES, LLC, and FUJIAN

NAN'AN BAOFENG ELECTRONICS CO., LTD.,

    Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs, by their counsel, hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against the defendant Amcrest Industries, LLC.

Dated: June 4, 2019.

## CERTIFICATE OF SERVICE

I CERTIFY that on 4 June 2019, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to counsel for the parties identified in the following service list:

**GARBETT, ALLEN & ROZA, P.A.**

*Counsel to Amcrest Industries, LLC*

/s/ Herbert R. Kraft
Herbert R Kraft
3030 N. Rocky Point Drive., Suite 150
Tampa, Florida 33607
Florida Bar No. 0394191
Attorney for Plaintiffs
813-343-4466