# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 18-14409-CV-MIDDLEBROOKS/Maynard

DAVID BYRON and PAUL HORNER, proposed
class representatives and individually,

      Plaintiff,

v.

AMCREST INDUSTRIES, LLC, and FUJIAN
NAN'AN BAOFENG ELECTRONICS CO., LTD.,

      Defendants.

_____/

## ORDER DISMISSING CASE

THIS CAUSE comes before the Court on Plaintiffs David Byron and Paul Horner's Notice of Voluntary Dismissal with prejudice of Defendant Amcrest Industries, LLC filed on June 4, 2019. (DE 51). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss a defendant by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant Amcrest Industries, LLC has served neither filing. Accordingly, Defendant Amcrest Industries, LLC is dismissed with prejudice.

Additionally, I entered an Order on May 30, 2019 requiring Plaintiff to file a status report regarding the status of the litigation against Defendant Fujian Nan'an Baofeng Electronics Co., Ltd. ("Fujian") by June 5, 2019. (DE 50). Proof of service on Defendant Fujian has not been filed and no attorney for Fujian has appeared in this case. The deadline by which Plaintiff had to serve Defendants was January 3, 2019, and Plaintiff has previously been warned of the past-due service deadline. (DE 36). Plaintiff has now failed to timely file a status report regarding its claims against Fujian.

"A district court has the inherent authority to manage its docket and thus may dismiss an action *sua sponte* for failure to prosecute." *Nail v. Collado*, 737 Fed. Appx. 960, 962 (11th Cir. 2018); *see also Link v. Wabash R. Co.*, 370 U.S. 626, 629 (1962) (holding that Fed. R. Civ. P. 41(b) allows district courts to dismiss cases *sua sponte*).  Due to Plaintiff's failure to serve Fujian and failure to timely file a status report, Plaintiff's claims against Defendant Fujian are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

**ORDERED and ADJUDGED** that

(1) Plaintiff's claims against Defendant Amcrest Industries, LLC are **DISMISSED WITH PREJUDICE**.

(2) Plaintiff's claims against Defendant Fujian Nan'an Baofeng Electronics Co., Ltd. are **DISMISSED WITHOUT PREJUDICE**.

(3) The Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT**.

**SIGNED** in Chambers in West Palm Beach, Florida, this ___ day of June, 2019.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:     Counsel of Record